UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Michelle Lester** | ) | Civil Action No.   23-80005 |
| Plaintiff(s) | ) | |
| **v.** | ) | |
| | ) | |
| **United States Department of Education** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I electronically filed the foregoing **Letter Request for 30-day continuance of the Section 105 hearing** with the Clerk of the District Court using the CM/ECF system. And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

Nelnet, Inc

*/s Serena Shaw*
Serena Shaw
Document Management Analyst